**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ARTEZ SIMMONS,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 5:25-cv-212-MTT-CHW** |
| **Warden TIMOTHY SALES, *et al.*** | : | |
| **Defendants.** | : | |

# ORDER

Throughout the pendency of the above-styled case filed pursuant to 42 U.S.C. § 1983, incarcerated *pro se* Plaintiff Artez Simmons has submitted documents with an electronic signature, some of which have been mailed from individuals outside the prison. Defendants raised their concerns regarding the unauthorized practice of law, as well as Plaintiff's failure to comply with this Court's electronic filing rules, in the reply brief to their motion to dismiss. *See* (Doc. 27). The Court, at that time, felt that there was not sufficient evidence to warrant sanctions at that time. *See* (Doc. 29, p. 1, n. 1).

Since the entry of the recommendation on the motion to dismiss on June 26, 2026 (Doc. 29), Plaintiff has filed thirteen documents. (Docs. 30, 34, 36-42, 44, 45, 47, 48). While all but three (Docs. 45, 47, 48) were mailed directly from Plaintiff at the prison, all 13 were signed electronically, including the last two motions (Docs. 47, 48) which were filed *after* the Clerk of Court reiterated this Court's requirement that all non-electronically

filed documents must bear a signature in Plaintiff's hand. (Doc. 47). Plaintiff has plainly ignored the Clerk of Court's warning and direction.

For the purposes of judicial economy, the Court will consider the pending motions. However, Plaintiff is **ADVISED** that his future filings MUST be mailed by him and SIGNED by him personally. No document with an electronic signature or document mailed from individuals outside the prison on Plaintiff's behalf will be considered. Plaintiff's continued failure to comply with this order and this Court's rules will result in the dismissal of this action.

Defendants are **DIRECTED** to respond to the pending motions (Docs. 44, 45, 47, 48) by November 23, 2026.

**SO ORDERED**, this 2nd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge